# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| JENNIFER B., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Docket no. 2:18-cv-065-NT |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 11, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. (ECF No. 21). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 29th day of October, 2018.